IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LORENZO DWAYNE JONES, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> LORIE DAVIS, *et al*, § <br> § <br> Defendants. § | CIVIL NO. 2:16-CV-351 |

# ORDER

The Court has before it Plaintiff's Complaint (Dkt. No. 1) and the September 7, 2016, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 7). The deadline to file objections to the M&R has passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)91) (setting a 14-day deadline to file objections); *see also* M&R, Dkt. No. 7 at 11 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the Magistrate Judge's September 7, 2016, M&R and **DISMISSES WITH PREJUDICE** the above-captioned action for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). Final Judgment will be issued separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 15th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge